**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID ANDREW JOLLIMORE,**

        **Plaintiff,**

**vs.**                                                    **Case No. 8:17-cv-383-T-27AEP**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

        **Defendant.**

_____/

### ORDER

    **BEFORE THE COURT** is Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to

the Equal Access to Justice Act (Dkt. 17). Defendant has no objections to the Motion. Upon

consideration, the Motion (Dkt. 17) is **GRANTED**. Plaintiff is awarded $400.00 to be paid from the

Judgment Fund pursuant to 31 U.S.C. § 1304 and $5,937.44 in EAJA fees for 30.50 hours of work

at a rate of $194.67 per hour, both of which are reasonable, pursuant to 28 U.S.C. § 2412(d). The

award shall be made within **sixty (60) days** of the date of this Order, subject to reasonable extensions

for good cause if shown.

    **DONE AND ORDERED** this  3rd  day of April, 2018.

                                    **JAMES D. WHITTEMORE**
                                      **United States District Judge**

Copies to:
Counsel of Record

1